UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MELODY PAK, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, et al.,<br><br>                Defendants. | Case No. 3:22-cv-250-SLC<br><br>~~PROPOSED~~ ORDER |

On June 7, 2022, the Parties filed a Joint Stipulation to Extend the Defendants' deadline to answer the Complaint (ECF No. 1) to September 6, 2022. The Court having considered the Parties motion and finding good cause therefore, hereby GRANTS the Joint Stipulation to Extend the Defendants Response Deadline and orders as follows:

1. The Defendants' answer to the Complaint (ECF No. 1) is due on September 6, 2022.

Dated this 9TH day of JUNE, 2022.

_____
Hon. Stephen L. Crocker
United States Magistrate Judge

1